UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFERY JONES,

    Plaintiff,

v.                                               Case No. 3:21cv512-RV-HTC

SECRETARY MARK INCH,
et al.,

    Defendants.
_____/

## **ORDER**

This case is before the Court based on the Magistrate Judge's Report and Recommendation dated June 21, 2021 (ECF Doc. 9), recommending that Defendants' Motions to Dismiss (ECF Doc. 1-15 and ECF Doc. 6) be granted and Plaintiff's complaint be dismissed for failure to exhaust his administrative remedies. The parties were furnished with a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The defendants have filed an objection (ECF Doc. 10). I find that the objection is correct and I exercise supplemental jurisdiction over the plaintiff's state law claims and also dismiss those claims for failure to exhaust administrative remedies. Having reviewed the objection *de novo*, I have determined that the Report and Recommendation, with the above modification, should be adopted.

Case No. 3:21cv512-RV-HTC

Accordingly, it is now **ORDERED** that:

1. The Magistrate Judge's Report and Recommendation (ECF Doc. 9) is adopted and incorporated by reference in this Order.

2. Defendant Inch's Motion to Dismiss (ECF Doc. 1-15) is GRANTED for failure to state a claim.

3. Defendants' Maiorana, Scott, Overholt, and Molesky's Amended Motion to Dismiss (ECF Doc. 6) is GRANTED and Plaintiff's complaint (ECF Doc. 1-1) is DISMISSED as to both the federal and state law claims for failure exhaust his administrative remedies.

4. Plaintiff's complaint is DISMISSED as to all named Defendants, both served and unserved.

5. The clerk be directed to close this file.

**DONE AND ORDERED** this 23rd day of July, 2021.

s/*Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv512-RV-HTC